UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

UNITED STATES OF AMERICA   )
   )
        Plaintiff,   )
   )
        vs.   )       Cause No. 4:12-cr-5-RLY-MGN-01
   )
PHILLIP JOHN STRUBLE,   )
   )
        Defendant   )

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated
April 2, 2012, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's
supervised release is REVOKED.   Phillip John Struble shall be committed to the Bureau of
Prisons to serve a term of imprisonment of three (3) months.     Upon completion of his term of
imprisonment, Defendant shall serve a three (3) month period of house arrest, during which time
the defendant shall participate in a drug treatment program and shall refrain from the use of any
alcohol.   Upon completion of the term of house arrest, Defendant shall be returned to
supervised release under the same terms and conditions originally imposed for the duration of his
supervision. Defendant shall be released from custody on today's date and placed on      house
arrest on March 30, 2012.   Defendant shall voluntarily surrender upon designation to the Bureau
of Prisons.

Defendant shall be given credit for the period of time served on house arrest prior to his designation and voluntary surrender to the Bureau of Prisons. The credit for this period of time shall be applied to the three (3) month term of house arrest to be served after incarceration with the Bureau of Prisons. Defendant shall also be given credit for the eight (8) days he has been incarcerated since his arrest on the Petition. The credit for this period of time shall be applied to the three (3) month term of incarceration in the Bureau of Prisons. Violation No. 1 of the Petition filed on March 20, 2012 shall be and hereby is dismissed on the Government's motion.

SO ORDERED this 4th day of April 2012.


RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana


Copies to:

Nicholas Surmacz
Nicholas.surmacz@usdoj.gov


Jerry McGraw
jerry@jmcgrawlaw.com


U.S. Marshal


U.S. Probation