UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:12-cr-0005-RLY-MGN |
| PHILLIP JOHN STRUBLE, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Michael G. Naville's Report and Recommendation that Phillip John Struble's supervised release be revoked pursuant to Title 18 U.S.C. § 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. § 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. Mr. Struble's supervised release is REVOKED.

2. Mr. Struble is sentenced to the custody of the Attorney General or his designee for a period of seven (7) months with no term of supervised release to follow.

3. Mr. Struble shall self-surrender to the Bureau of Prisons upon notification of his designation.

SO ORDERED this 20th day of August 2013.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Counsel of Record via CM/ECF
U. S. Probation
U. S. Marshal